IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERIMIAH BRYCE THOMAS                                                                PLAINTIFF

v.                                       Case No. 6:24-cv-6113

TROOPER KEVIN STEED
(Arkansas State Police);
SHERIFF MIKE MCCORMICK
(Garland County, Arkansas);
TURNKEY HEALTH (Medical
Care Provider for Garland County
Detention Center                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 1, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Comstock recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge